STEVEN G. KALAR
Federal Public Defender
CANDIS L. MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Hobert Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**    Plaintiff,    v.    **Hobert Lee,**    Defendant. | Case Number: CR 15-056 EMC    **Stipulation and [~~Proposed~~] Order Continuing Hearing Date**    Date: March 8, 2017  Time: 2:30 p.m. |

Defendant Hobert Lee is currently set for a status hearing on March 8, 2017, at 2:30 p.m. Mr. Lee is presently participating in the Conviction Alternatives Program ("CAP"), and parties are requesting that the matter be taken off-calendar until Mr. Lee has completed the program. Pretrial Services has been consulted and concurs with the matter being taken off-calendar.

Dated: February 23, 2017         */s/ Candis Mitchell*
                                  CANDIS MITCHELL
                                  Assistant Federal Public Defender
                                  Attorney for Defendant Hobert Lee

Dated: February 23, 2017         */s/ Sarah Hawkins*
                                  SARAH HAWKINS
                                  Assistant United States Attorney
                                  Attorney for Government

Stip. & [Prop.] Order
CR 15-056 EMC                              1

**[Proposed] ORDER**

For the reasons stated, the Court takes the status hearing date on March 8, 2017, at 2:30 p.m., off calendar.

IT IS SO ORDERED.

DATED: 2/28/2017



Stip. & [Prop.] Order
CR 15-056 EMC                              2