BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6973
FAX: (415) 436-7027
sarah.hawkins@usdoj.gov

Attorneys for United States of America

**FILED**
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-CR-0056 WHO |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| HOBERT LEE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above captioned case without prejudice.

DATED: April 20, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/signature/*

BARBARA J. VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss without prejudice the indictment listed above.

DATED: April 20, 2017

*/signature/*

HON. ~~EDWARD M. CHEN~~ WILLIAM H. ORRICK
United States District Court Judge

NOTICE OF DISMISSAL
NO. 15-CR-0056 WHO